```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX012231
Cashier ID: sq
Transaction Date: 08/18/2008
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
WRIT OF HABEAS CORPUS
 For: RANDY GASPEN
 Amount:       $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 08892557533
 Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-CV-1749


A fee of $45.00 will be assessed on
any returned check.
```