IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01749-BNB

RANDY W. GASPER,

Applicant,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING ACTION AS A 28 U.S.C. § 2241 APPLICATION AND
DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant Randy W. Gasper is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Limon, Colorado, Correctional Facility. On August 6, 2008, Mr. Gasper submitted to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Upon review of the Application, the Court finds that Mr. Gasper is challenging the DOC's failure to award him earned-time credits for the time that he was on parole. Therefore, the Court will construe the action as filed pursuant to 28 U.S.C. § 2241 and direct Applicant to amend the Application and to file his challenges to the execution of his sentence on a § 2241 Court-approved application form. He further is directed to complete the form in full. Accordingly, it is

ORDERED that the action is construed as filed pursuant to 28 U.S.C. § 2241. The Clerk of the Court is directed to change the nature of the case on the Docket. It is

FURTHER ORDERED that Mr. Gasper file, **within thirty days from the date of this Order**, an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Gasper, together with a copy of this Order, two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 Court-approved form. It is

FURTHER ORDERED that if Mr. Gasper fails within the time allowed to file an Amended Application, as directed, the Application will be denied, and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 22nd day of August, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01749-BNB

Randy W. Gasper
Prisoner No. 53109
Limon Correctional Facility
49030 State Hwy. 71 - LU5
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on  8/25/08

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk