Randy W. Gasper
Register No. 53109
Limon Correctional Facility
49030 State Hwy. 71
Limon, Co., 80826

August 25, 2008

Mr. Craig B. Shaffer
United States Judge
901 - 19th St., Room A105
Denver, Co., 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 27 2008
GREGORY C. LANGHAM
CLERK

RE: Case No. 08-CV-01749 (filed 8-6-08)

XC: Attorney Generals Office

Dear Judge:

I mean not to interfere, but I feel like my Habeas Corpus Petition requires a timely resolution. I do not need to be a bar-member to understand that Respondent (D.O.C.) was mandated to have conducted, (at the minimum), an (earned time) review — Due process required as much. Please advance my legal case. Respectfully, R. Gasper