IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01749-LTB-KLM

RANDY W. GASPER,

      Applicant,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility,

      Respondent.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 6, 2009 (Doc 23). Applicant has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Respondent's Motion to Dismiss (Doc 15) is GRANTED and the Application for Writ Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE as moot and for failure to prosecute.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: April 28, 2009